# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: T.B. & E.A., MINORS | : | No. 130 MM 2015 |
| | : | |
| | : | |
| PETITION OF: T.B., SR., FATHER | : | |
| IN THE INTEREST OF: E.A., A MINOR | : | No. 131 MM 2015 |
| | : | |
| | : | |
| PETITION OF: T.B., SR., FATHER | : | |
| IN THE INTEREST OF: T.B., A MINOR | : | No. 132 MM 2015 |
| | : | |
| | : | |
| PETITION OF: T.B., SR., FATHER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.